STATE OF IOWA, appellee, v. GEORGE STANLEY NEWTON, appellant.

No. 48942.

(Reported in 74 N.W.2d 687)

FEBRUARY 7, 1956.

Vincent F. Powers, of Fort Dodge, for appellant.

Dayton Countryman, Attorney General, and Raphael R. R. Dvorak, Assistant Attorney General, for appellee.

PER CURIAM—This case comes to us on a Clerk's transcript. The punishment for carnal knowledge (rape) of imbecile, fixed by section 698.3, is imprisonment for life or any term of years. The statute does not state such crime is a misdemeanor or a felony. Nor does it designate the place of imprisonment therefor. Code section 687.2 states a felony is a public offense which may be punished with death or by imprisonment in the penitentiary or men's reformatory. Defendant contended the offense was a misdemeanor punishable by a jail sentence. He relied upon State v. Di Paglia, 247 Iowa 79, 87 to 90, 71 N.W.2d 601, 605, 606, 607. The trial court overruled this contention and adjudged defendant be confined in the men's reformatory. This was correct.

■ Generally, where the statute does not state a crime is a felony or a misdemeanor or classify it by fixing the place of imprisonment, and doubt exists whether it shall be in the state penitentiary or the county jail, the defendant will be given the benefit of the doubt and the offense will be deemed a misdemeanor, punishable by confinement in jail. State v. Di Paglia, supra. However, as there noted, the rule is not applicable where the quantum of punishment bears no natural or reasonable relation to that kind of punishment. Here the statute authorizes imprisonment for life, the most severe imprisonment penalty. Clearly confinement for life has no natural or reasonable relation to confinement in the institution considered the less penal, to wit, the county jail.

Furthermore, carnal knowledge of imbecile is an offense of the same nature and not less aggravated than rape as defined in Code section 698.1, the penalty for which is imprisonment "in the penitentiary for life, or any term of years, not less than five," and for many years the penalty clause of the carnal knowledge of imbecile statute merely stated—"he shall be punished as provided in the section relating to ravishment."

We find no error and the judgment is therefore affirmed.—Affirmed.